**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| KEVIN BACHHUBER, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> THE FUNDING CHANNEL LLC, <br><br> Defendant. | Civil Action No.: 3:25-cv-00959 |

**DECLARATION OF ANTHONY I. PARONICH**
**IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

I, Anthony I. Paronich, declare as follows:

1. I am counsel for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion to Compel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Plaintiff served written discovery on Defendant seeking, among other things, call detail records and related information central to the claims and class certification issues in this TCPA action.

3. Defendant requested a 30-day extension to respond to the discovery, which Plaintiff agreed to as a professional courtesy, extending the response deadline to April 2, 2026.

4. Defendant did not serve responses by the April 2, 2026 deadline.

5. On April 4, 2026, I followed up with Defendant's counsel requesting the overdue discovery responses.

6. Defendant did not provide responses at that time and instead indicated that the delay was due to scheduling issues and requested additional time.

1

7.      On April 7, 2026, I again followed up and requested Defendant's availability to meet and confer regarding the outstanding discovery and noted that the responses remained untimely.

8.      Defendant indicated that responses would be forthcoming later that week, but no complete or timely responses were provided.

9.      They did not.

10.     I advised Defendant that Plaintiff would move to compel if the deficiencies were not resolved.

11.     The parties then attempted to schedule a meet-and-confer call and exchanged availability on April 21 and April 22, 2026.

12.     The parties conferred, but Defendant did not provide the requested discovery or otherwise resolve the deficiencies.

13.     During this process, Defendant's counsel indicated that they might seek leave to withdraw, but no discovery was produced to cure the outstanding issues.

14.     Throughout this period, Plaintiff acted in good faith to resolve the dispute without Court intervention, including granting extensions, repeatedly following up, and attempting to confer.

15.     Despite these efforts, Defendant has failed to timely respond to discovery, failed to provide complete responses, and failed to cure the deficiencies identified by Plaintiff.

16.     As a result, Plaintiff has been forced to file the present Motion to Compel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  April 24, 2026

*/s/ Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*