# COURTROOM MINUTES
# CIVIL

DATE: 5/19/2026     DAY: Tuesday     START TIME: 10:04 a.m.     END TIME: 10:38 a.m.

JUDGE/MAG.: Magistrate Boor     CLERK: LAM     REPORTER: Zoom recording

CASE NO.: 25-cv-959-wmc     CASE NAME: Kevin Bachhuber v. The Funding Channel, LLC

**APPEARANCES:**

PLAINTIFF(S):
Attorney Anthony Paronich

Plaintiff Kevin Bachhuber

DEFENDANT(S):
Attorney Gene Rosen

Corporate Representative,

Joey Kassab

**PROCEEDING:**

☐ CONFIRMATION OF SALE     ☐ ORDER TO SHOW CAUSE

☐ CONTEMPT OF COURT     ☒ OTHER: Motion Hearing

☐ MOTION FOR DEFAULT JUDGMENT

Hearing on Motion to Compel, dkt. 13 and Motion to Withdraw as Counsel, dkt. 14

TOTAL COURT TIME: 34 min