**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**AT MADISON**

|  |  |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE FUNDING CHANNEL LLC,<br><br>Defendant. | Case No. 3:25-cv-00959-wmc<br><br>Honorable District Judge William M. Conley |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiff Kevin Bachhuber and Defendant The Funding Channel LLC ("the Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an agreement in principle on the material terms of an individual settlement in this matter.

The Parties are preparing proper documentation to effectuate this settlement and anticipate dismissing the case within 60 days of filing this notice. As such, the Parties hereby move this court to stay all case deadlines.

*[Counsel signatures to follow on next page.]*

JOINT NOTICE OF SETTLEMENT

RESPECTFULLY SUBMITTED this 8th day of June, 2026.

By */s/ Samuel J. Strauss*
Samuel J. Strauss
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
cmiller@straussborrelli.com

Anthony Paronich (*pro hac vice*)
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*
*and the Putative Class*

By */s/ Gene Rosen*
Gene Rosen
**GENE ROSEN'S LAW FIRM**
200 Garden City Plaza, Suite 405
Garden City, NY 11530
[T] 212-529-3600
[F] 347-578-8793
gene@generosen.com

*Counsel for Defendant*
*The Funding Channel LLC*

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel J. Strauss, hereby certify that on June 8, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 8th day of June, 2026.

By */s/ Samuel J. Strauss*
Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com