**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**AT MADISON**

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated, | Case No. 3:25-cv-00959-wmc |
| Plaintiff, | Honorable District Judge William M. Conley |
| v. | |
| THE FUNDING CHANNEL LLC, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

HERE COMES NOW Plaintiff Kevin Bachhuber, by and through his undersigned counsel, and respectfully moves the Court, pursuant to Fed. R. Civ. P. 41(a)(2), for an Order dismissing this action with prejudice, with each party to bear its own costs and attorney fees.

RESPECTFULLY SUBMITTED this 11th day of August, 2026.

By */s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
cmiller@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff Kevin Bachhuber*

1