**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**
**AT MADISON**

| | |
|---|---|
| KEVIN BACHHUBER, on behalf of himself and others similarly situated, | Case No. 3:25-cv-00959-wmc |
| Plaintiff, | Honorable District Judge William M. Conley |
| v. | |
| THE FUNDING CHANNEL LLC, | |
| Defendant. | |

**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of Plaintiff's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) as filed on August 11, 2026 at ECF 20, IT IS SO ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney fees.

_____          _____
              Date                                    Honorable District Judge William M. Conley

1